AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| MERIDIAN INTERNATIONAL CO., LTD. <br><br> *Plaintiff(s)* <br> v. <br> TOUGHBUILT INDUSTRIES, INC. <br><br> *Defendant(s)* | Civil Action No. 8:24-CV-01840 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  (See Attachment to Summons)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott A. Penner
Eversheds Sutherland (US) LLP
12255 El Camino Real, Suite 100
San Diego, CA 92130
Tel.: 858.252.6502
Email: ScottPenner@eversheds-sutherland.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-CV-01840

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUMMONS

*Meridian International Co., Ltd. v. ToughBuilt Industries, Inc.*
Civil Action No.:    8:24-CV-01840    

List of Parties (and addresses) for Summonses to be Issued:

1)	TOUGHBUILT INDUSTRIES, INC.
	c/o Agent for Service of Process:
	1505 CORPORATION
	VCORP SERVICES CA, INC.
	330 N BRAND BLVD, STE 700
	GLENDALE, CA  91203

2)	TOUGHBUILT INDUSTRIES, INC.
	c/o Agent for Service of Process:
	EASTBIZ.COM, INC.
	5348 VEGAS DRIVE
	LAS VEGAS, NV  89108

3)	TOUGHBUILT INDUSTRIES, INC.
	25371 COMMERCENTRE DR, SUITE 200
	LAKE FOREST, CA  92630